[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13770
Non-Argument Calendar

_____

D.C. Docket No. 8:15-cr-00429-EAK-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

D'ANGELO BATTIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 16, 2018)

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Rosanne Brady, appointed counsel for D'Angelo Battis in this appeal, has

moved to withdraw from further representation of the appellant and has filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent

review of the record reveals that counsel's assessment of the relative merit of the

appeal is correct.  Because independent examination of the entire record reveals no

arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Battis's

convictions and sentences are **AFFIRMED**.